UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| Mack A. McCallum,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>State of California,<br><br>　　　　Defendant. | CIV. NO. 1:15-356 WBS SAB<br><br><br>ORDER OF RECUSAL |

----oo0oo----

      The undersigned hereby recuses himself as the judge to whom this case is assigned.

      IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

Dated:　March 11, 2015

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1