# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK A. MCCALLUM,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. 1:15-cv-00356-WBS-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM IN FORMA PAUPERIS APPLICATION<br><br>TWENTY (20) DAY DEADLINE |

Plaintiff filed an application to proceed in forma pauperis on March 6, 2015. (ECF No. 2.) Plaintiff did not sign the application. Accordingly, the Court will order Plaintiff to refile an application which is signed.

Further, the Court notes that the information in Plaintiff's application to proceed in forma pauperis suggests that Plaintiff is able to pay the filing fee for this action. The application indicates that Plaintiff lives in a household of two, with his wife, and receive a combined $2,810 per month in social security payments, which amounts to $33,720.00 per year. In assessing whether a certain income level meets the poverty threshold under Section 1915(a)(1), courts look to the federal poverty guidelines developed each year by the Department of Health and Human Services. See, e.g., Lint v. City of Boise, No. CV09-72-S-EJL, 2009 WL 1149442, at *2 (D. Idaho Apr. 28, 2009) (and cases cited therein). The 2015 Poverty Guidelines for the 48 contiguous states for a household of two is $15,930.00.  2015 Poverty Guidelines,

http://aspe.hhs.gov/poverty/15poverty.cfm (last visited March 11, 2015).

Plaintiff's income is well above the poverty threshold. Plaintiff identified several debts owed to various credit cards, banks and credit unions, but it is unclear whether these monthly debt payments overlap with Plaintiff's reported expenses, as Plaintiff chose to only identify how much he pays per month to these entities and did not identify the principal balance owed or provide a description or reason for the debt. Plaintiff cannot "double count" his expenses by separately listing the expense and the credit card payment if the credit card balance is related to the same expense.

Based upon the foregoing, the Court will order Plaintiff to resubmit an application to proceed in forma pauperis using the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. Plaintiff is forewarned that failure to submit a long form application will result in a recommendation that his in forma pauperis status be denied and that he be required to pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty (20) days** of the date of this order, Plaintiff shall complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, the Court will recommend that in forma pauperis status be denied.

IT IS SO ORDERED.

Dated:   **March 11, 2015**

UNITED STATES MAGISTRATE JUDGE